

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Marvin H. Brown, Jr.
Criminal District Attorney
Fort Worth, Texas

Dear Sir:

<div style="margin-left:40%">

Opinion No. O-3948
Re: Have the new Supreme Court
rules superseded the citation
form to be used in suits for the
collection of delinquent taxes?

</div>

On September 10, 1941, you requested the opinion of this department on the question set out in your letter as follows:

"Our office is confronted with the problem of construing the new Rules of Procedure adopted by the Supreme Court, effective September 1st, 1941.

"Section 5, Article 7328(1) provides a specific form of citation in suits for delinquent taxes. Rules 101 to 107 now in force relate to citations to be issued in Civil cases.

"This office is of the opinion that the new rules have not superseded the form to be used in suits for the collection of delinquent taxes, which form of citation is specifically set forth in Article 7328 (1) Section 5.

"Please assist us in this matter with an expression of your views."

Upon receipt of your letter the writer wrote you as follows:

"It is our understanding that the point you inquire about has been called to the attention of the Supreme Court and that the court is now preparing an amended rule to take care of this seeming

inconsistency. With your permission, therefore, we will wait the action by the court which we understand will be in the near future before answering your request."

We now call your attention to Rule No. 2 as amended by the Supreme Court; the same provides as follows:

"These rules shall govern the procedure in the justice, county, district and appellate courts of the State of Texas in all actions of a civil nature, with such exceptions as may be hereinafter stated. Where any statute in effect immediately prior to September 1, 1941, prescribed a rule of procedure in lunacy, guardianship, or estates of decedents, or any other probate proceedings in the county court differing from these rules, such statute shall apply. All statutes in effect immediately prior to September 1, 1941, prescribing rules of procedure in bond or recognizance forfeitures in criminal cases are hereby continued in effect as rules of procedure governing such cases, but where such statutes prescribed no rules of procedure in such cases, these rules shall apply. All statutes in effect immediately prior to September 1, 1941, prescribing rules of procedure in tax suits are hereby continued in effect as rules of procedure governing such cases, but where such statutes prescribed no rules of procedure in such cases, these rules shall apply." (Underlining ours).

Section 5, of Article 7328-1 contains a form of citation to be used in tax suits.

It is the opinion of this department that Article 7328-1 is still in force and effect and said statute has not been repealed or amended by the new rules of practice and procedure in civil actions promulgated by the Supreme Court of this State.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Billy Holdberg_
Billy Goldberg
Assistant

APPROVED OCT 31, 1942

ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN

PG:oah